IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONTRENCE COLISTA BRAXTON,

    Plaintiff,

v.                                               4:05cv273-WS

OFFICER MURPHY,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed September 13, 2005. The magistrate judge recommends that this action be dismissed for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint (doc. 7) and this action are hereby DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28

U.S.C. § 1915(e)(2).

    3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this October 17, 2005.

        /s William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE